In the Matter of the Appraisal, under the Act in Relation to Taxable Transfers of Property, of the Property of MARY A. EDSON, Deceased.

MARGARET B. EDSON et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK et al., Responderts.

*Matter of Edson*, 38 App. Div. 19, affirmed.
(Argued June 6, 1899; decided June 23, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1899, reversing an order of the Surrogate's Court of the county of New York modifying a prior order assessing a transfer tax upon certain property passing by the will of Mary A. Edson, deceased.

*Treadwell Cleveland* and *Thomas T. Sherman* for appellants.

*Jabish Holmes, Jr., Elliot Danforth* and *Edgar J. Levey* for respondents.

Order affirmed, with costs, on opinion below.
All concur.

_____

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. HALL, Appellant, *v.* THE BOARD OF TRUSTEES OF THE VILLAGE OF SARATOGA SPRINGS, N. Y., and JAMES W. FITZPATRICK, Respondents.

*People ex rel. Hall* v. *Board of Trustees*, 35 App. Div. 141, affirmed.
(Argued June 6, 1899; decided June 23, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1898, reversing an order of the Special Term granting an alternative writ of mandamus.

*Nash Rockwood* for appellant.

*Edgar T. Brackett* and *Joseph P. Brennan* for respondents.

Order affirmed, with costs, on the cases of *People ex rel. Fonda* v. *Morton* (148 N. Y. 156) and *People ex rel. Jacobus* v. *Van Wyck* (157 N. Y. 495).
All concur.